**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MERCIS B.V.,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:20-cv-04293

Judge Rebecca R. Pallmeyer

Magistrate Judge Susan E. Cox

<u>**PRELIMINARY INJUNCTION ORDER**</u>

THIS CAUSE being before the Court on Plaintiff, MERCIS B.V's ("MERCIS" or "Plaintiff"), Motion for a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified in Schedule A (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademarks and

1

copyright. *See* Docket Nos. 11 and 12 which include screenshot evidence confirming that each Defendant Internet Store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the MIFFY trademarks, U.S. Trademark Registration Nos. 2,210,029; 2,393,442; 2,482,597; 4,248,049; 5,516,174; 5,652,014; 5,663,554 and 5,663,610 (collectively, the "MIFFY Trademarks") and/or products infringing the MIFFY Work, Copyright Registration No. VA 1-054-563 (collectively, the "MIFFY Work").

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of MERCIS's previously granted Motion for a Temporary Restraining Order establishes that MERCIS has a likelihood of success on the merits; that no remedy at law exists; and that MERCIS will suffer irreparable harm if the injunction is not granted.

Specifically, MERCIS has proved a *prima facie* case of trademark infringement because (1) the MIFFY Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register and the MIFFY Work is registered with the United States Copyright Office, (2) Defendants are not licensed or authorized to use the MIFFY Trademarks and MIFFY Work, and (3) Defendants' use of the MIFFY Trademarks and MIFFY Work are causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with MERCIS. Furthermore, Defendants' continued and unauthorized use of the MIFFY Trademarks and MIFFY Work irreparably harms MERCIS through diminished goodwill and brand confidence, damage to MERCIS's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, MERCIS has an inadequate

2

remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1.  Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

     a.  using the MIFFY Trademarks and MIFFY Work or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine MIFFY product or not authorized by MERCIS to be sold in connection with the MIFFY Trademarks and MIFFY Work;

     b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine MIFFY product or any other product produced by MERCIS, that is not MERCIS's or not produced under the authorization, control or supervision of MERCIS and approved by MERCIS for sale under the MIFFY Trademarks and MIFFY Work;

     c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of MERCIS, or are sponsored by, approved by, or otherwise connected with MIFFY;

     d.  further infringing the MIFFY Trademarks and MIFFY Work and damaging MERCIS's goodwill;

     e.  otherwise competing unfairly with MERCIS in any manner;

f.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for MERCIS, nor authorized by MERCIS to be sold or offered for sale, and which bear any of the MIFFY Trademarks and MIFFY Work or any reproductions, counterfeit copies or colorable imitations thereof;

g.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit/Infringing MIFFY products; and

h.  operating and/or hosting at the Online Marketplace Accounts and any other online marketplace accounts registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the MIFFY Trademarks and MIFFY Work or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine MIFFY product or not authorized by MERCIS to be sold in connection with the MIFFY Trademarks and MIFFY Work.

2.  Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as, but not limited to, Amazon, and Alibaba Group Holding Ltd. along with any related Alibaba entities (collectively, "Marketplaces"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the MIFFY Trademarks, including any accounts associated with the Defendants listed in Schedule A;

b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the MIFFY Trademarks; and

c. take all steps necessary to prevent links to the Defendant Online Marketplace Accounts identified in Schedule A from displaying in search results, including, but not limited to, removing links to the Online Marketplace Accounts from any search index.

3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplace Accounts or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as Marketplaces, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including PayPal, Alibaba, Western Union, third party processors and other payment processing service providers, shippers, and online marketplace registrars (collectively, the "Third Party Providers") shall, within two (2) business days after receipt of such notice, provide to MERCIS expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b. the nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts;

c. Defendants' websites and/or any Online Marketplace Accounts;

d. The Defendant Online Marketplace Accounts registered by Defendants; and

e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, PayPal, Alipay, Western Union, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH") Amazon Payments, Inc. ("Amazon"), Alipay US, Inc. and its entities ("Alipay"), Alibaba Group

Holding Limited ("Alibaba"), and Heguang International Limited or Dunhuang Group d/b/a DHGATE, DHGate.com, DHPORT, DHLINK and DHPAY ("DHGate"), shall, within two (2) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

  a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any eBay, PayPal, WISH, Amazon, Alipay, and DHGate accounts connected to the information listed in Schedule A hereto or the email addresses identified in Exhibit 3 to the Declaration of Frank Padberg; and

  b. Restrain and enjoin any such accounts or funds that are non-U.S. foreign based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.    Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' Online Marketplace Accounts or websites, shall within two (2) business days of receipt of this Order:

      a. Locate all accounts and funds connected to Defendants, or Defendants' Online Marketplace Accounts, including, but not limited to, any accounts connected to the information listed in Schedule A hereto or the email addresses identified in Exhibit 3 to the Declaration of Frank Padberg; and

      b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.    MERCIS may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by

electronically publishing a link to the Complaint, this Order and other relevant documents on a website, or by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Frank Padberg and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "L-o-v-e You Store and all other Defendants identified in Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from Online Marketplace Accounts and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to MERCIS or on shorter notice as set by this Court.

9.  The $10,000 bond posted by MERCIS shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.


Dated: August 28, 2020

_____
U.S. District Court Judge

8

**SCHEDULE A**

| No. | Defendants |
|---|---|
| 1 | L-o-v-e You Store |
| 2 | Missyou@ Store |
| 3 | jinjin li's store |
| 4 | Tang tradition Gold store |
| 5 | Hangzhou Yueyang E-Commerce Co., Ltd. |
| 6 | Quanzhou Amoy Garments Co., Ltd. |
| 7 | Shijiazhuang Xiameng Apparel Co., Ltd. |
| 8 | Yiwu Fengyao Garment Co., Ltd. |
| 9 | Yiwu Happy Luoka Garments Co., Ltd. |
| 10 | Yiwu Linxi Import & Export Co., Ltd. |
| 11 | natureloveme |
| 12 | Ai Wang Technology |
| 13 | LinXeep |
| 14 | AEOZRING Store |
| 15 | AISTELIK FangHua Store |
| 16 | Amemerio Factory Store |
| 17 | AOOOWUUUU Store |
| 18 | Baby Children Boutique Store |
| 19 | baby home. |
| 20 | Baby Picks |
| 21 | baby-store |
| 22 | BabyWant Store |
| 23 | babzapleume TY store |
| 24 | Boutique Kids&Baby Store |
| 25 | Children HappySky Store |
| 26 | children& baby clothes Store |
| 27 | China Silk Road |
| 28 | Day holiday Store |
| 29 | Dongguan Babytree Garment Co.,Ltd Store |
| 30 | EIJINER Official Store |
| 31 | FansBaby Store |
| 32 | Feier Sleepwear Store |
| 33 | Fiklyc CB Pajamas Store |
| 34 | fly baby Store |
| 35 | GeLe's Store |
| 36 | GG MM Clothes Store |
| 37 | GODODOMAOYI Donal & Co Store |
| 38 | Good luck shopping Store |

| 39 | hasakid Store |
|----|---------------|
| 40 | Huzhou Lordaeron Trade Co., Ltd. |
| 41 | IELGY Official Store |
| 42 | Infant children's clothing line |
| 43 | IOLANCY Mother & babies clothes Store |
| 44 | JANER Baby Store |
| 45 | Jess Baby Store |
| 46 | Koi baby Store |
| 47 | laye baby Store |
| 48 | Leben Baby Store |
| 49 | liplify Official Store |
| 50 | lisacmvpnel Official Store |
| 51 | Little fish children's clothes Store |
| 52 | LMMCARE Baby Store |
| 53 | LYun Store |
| 54 | Mikey Baby Store |
| 55 | Mommy & baby Store |
| 56 | Mommy Baby Store |
| 57 | Moms & Baby Store |
| 58 | NATURALNEEDS Official Store |
| 59 | Nine- Store |
| 60 | puckcovi factory Store |
| 61 | QWEEK Official Store |
| 62 | Robe Shop Store |
| 63 | September baby clothes Store |
| 64 | Shop1470537 Store |
| 65 | Shop1725216 Store |
| 66 | Shop1873479 Store |
| 67 | Shop214167 Store |
| 68 | Shop3599010 Store |
| 69 | Shop4670040 Store |
| 70 | Shop4693110 Store |
| 71 | Shop4695052 Store |
| 72 | Shop5381196 Store |
| 73 | Shop5505084 Store |
| 74 | Shop5625275 Store |
| 75 | Shop5636181 Store |
| 76 | Shop5725184 Store |
| 77 | Shop5779113 Store |
| 78 | Shop5877594 Store |
| 79 | Shop5880105 Store |

| 80 | Shop727490 Store |
|---|---|
| 81 | SJ Baby Officeal Store |
| 82 | Sophia Fancy Mall |
| 83 | Sothoryos Store |
| 84 | SOVELOSA Official Store |
| 85 | SS Costume Store |
| 86 | Su Baby Store |
| 87 | sugar-baby Store |
| 88 | vivikids Store |
| 89 | Wepbel Kade Store |
| 90 | WLG Store |
| 91 | XianBaby Clothes & Pajamas Store |
| 92 | XINXIN BABY Store |
| 93 | Yilaku Official Store |
| 94 | Yunxiang Children's Store |
| 95 | ZOO2 Store |
| 96 | Baby_plan |
| 97 | Baby118 |
| 98 | Bofjoy |
| 99 | Chenxuandhgate02 |
| 100 | Interhome |
| 101 | Ljwbb2012 |
| 102 | KingShark Pro Outdoor Sporte Store |
| 103 | Rattlesnake Ballistic Store |
| 104 | HELLOYOUNG Factory Store |
| 105 | YGS International Trade CO.,LTD. |
| 106 | Bamboo grid child Store |
| 107 | lucky kids |
| 108 | Guangxi Nanning Pengxuan Import And Export Co., Ltd. |
| 109 | Hebei Bailixin Home Textile Co., Ltd. |
| 110 | Huaian Goodlife Textile Co., Ltd. |
| 111 | Ningbo We Rainbow International Trade Co., Limited |
| 112 | Qingdao Wellpaper Industrial Co., Limited |
| 113 | Shijiazhuang Chengrui Trade Co., Ltd. |
| 114 | Yongkang Top Fine Trade Co., Ltd. |
| 115 | AIXUNWEI Store |
| 116 | Aliexpress Drone Store |
| 117 | Bainily Official Store |
| 118 | banhu Store |
| 119 | ChuMu Store |
| 120 | Disneyy Store |

| 121 | Embellishment Store |
|-----|---------------------|
| 122 | Friendship Comes First Store |
| 123 | Fun Tool Store Store |
| 124 | Global Trading E-Commerce Store |
| 125 | Good friend & Department Store |
| 126 | Good lucky is happiness |
| 127 | Green Banana Kids |
| 128 | Homehappy Store |
| 129 | HYBATOLY baby clothes Store |
| 130 | Innovative Life House |
| 131 | Jayce Store |
| 132 | Kennen Store |
| 133 | LDAJMW Official Store |
| 134 | Luck Mommy&Lazy Papa Store |
| 135 | M & Q funny life Store |
| 136 | MamiiBaby Store |
| 137 | microfine Official Store |
| 138 | Mother & Children's Supermarket Store |
| 139 | Mother & Kids Store |
| 140 | Qingsong Store |
| 141 | Quora Store |
| 142 | Rongtinasports Store |
| 143 | RUBYLOVE Store |
| 144 | Ruika Life Store |
| 145 | ruyibebe Store |
| 146 | SENNLLJUNG Official Store |
| 147 | Shen Store |
| 148 | Shop4988207 Store |
| 149 | Shop4988462 Store |
| 150 | Shop5327024 Store |
| 151 | Shop5876368 Store |
| 152 | SUGA Beautiful Life 365 |
| 153 | Summitkids Store |
| 154 | Timo Baby Store |
| 155 | Weichu Store |
| 156 | Winstbrok Store |
| 157 | XinZhao Store |
| 158 | 0_hk170 |
| 159 | Lingxiao Mall |
| 160 | Shenkai Mall |
| 161 | The New Shopping World |

| 162 | Yangzhou Chaoman Cultural Media Co., Ltd. |
| 163 | Yiwu Manbao Trading Co., Ltd. |
| 164 | katy0347 |
| 165 | lichuyun982219 |
| 166 | Longline |
| 167 | satuo1997 |
| 168 | Suntop Favor Worlds |
| 169 | aitemiD |
| 170 | baojunUS |
| 171 | Chang Zhi Xian Wu Liu Yuan Qu De Yuan Wan Ri Yong |
| 172 | ChangZhiXianWuLiuYuanQuXinLeMeiBaiHuoDian |
| 173 | GAIRUHE |
| 174 | Shan Xi Xin Le Xuan Shang Mao You Xian Gong Si |
| 175 | Zhenyu |
| 176 | AAGBaby Store |
| 177 | Baby Toy World Store |
| 178 | CHINAZHIZHI Store |
| 179 | Comfortable Childhood Store |
| 180 | Dropshipping Toy Store |
| 181 | Gift Toybar 1990 Store |
| 182 | Green-zone Store |
| 183 | Hibabys clotghes Store |
| 184 | Honlaker Store |
| 185 | klucky baby Store |
| 186 | Little Stone Maternity Store Store |
| 187 | Luckily Baby Store |
| 188 | Lvjia Store |
| 189 | Mic Mic |
| 190 | Modern mother Store |
| 191 | Nordic Nursery Decor Store |
| 192 | Romantic Houses |
| 193 | Shop5191018 Store |
| 194 | Shop5432219 Store |
| 195 | sumikkoguraf Store |
| 196 | The world of the mother and baby112233 |
| 197 | WeTer Store |
| 198 | Xiamen New Fashion Houseware Co., Ltd. |
| 199 | Yiwu Newcy E-Commerce Co., Ltd. |
| 200 | YJ Trading Store |
| 201 | Yibeauty |
| 202 | M-tuove Store |

| 203 | Ningbo Tuoyu Trading Company Store |
| 204 | F&G 5 Store |
| 205 | F&G Official Store |
| 206 | Hangzhou Babycat Textile Co., Ltd. |
| 207 | Yuyao L&F Industry Co., Ltd. |
| 208 | LIG37 |
| 209 | Ali-Stars textile Store |
| 210 | AQUAS Store |
| 211 | BA DI Tool Store |
| 212 | Boutique Home Textiles Store |
| 213 | caoxiaoyan Store |
| 214 | DUAN FA Outdoor tool factory Store |
| 215 | Enjelwang Boutique Store |
| 216 | GUO'S Store |
| 217 | Hangzhou Mancai Textiles Co., Ltd. |
| 218 | Hi2deals Store |
| 219 | iMajors Hometextiles Store |
| 220 | JaneYU Textile Store |
| 221 | Love & Life Store |
| 222 | My beautiful life Store |
| 223 | Nabi Chinese cloth Store |
| 224 | Parabebe Store |
| 225 | Pumelo tree |
| 226 | QGOCUDB Official Store |
| 227 | quality life 168 Store |
| 228 | Rivers-runsea Store |
| 229 | Saintbo Gifts Store |
| 230 | Shenzhen Haillad International Trade Co., Ltd. |
| 231 | Shop4207025 Store |
| 232 | Shop4662005 Store |
| 233 | Shop5600325 Store |
| 234 | Shop5624076 Store |
| 235 | Simanfei store |
| 236 | TAOQIMAIDOU Store |
| 237 | toys6688 Store |
| 238 | Unbeatable price Store |
| 239 | Warm Embrace Store |
| 240 | WARM YOUR HOUSE Store |
| 241 | WenYunCommerce & Trading Co., Ltd Store |
| 242 | YiCow Store |
| 243 | Zipsoft Official Store |

| 244 | Cheerful Child Store |
|---|---|
| 245 | JYWL Store |
| 246 | Lover Baby Store |
| 247 | Tesco Baby Store |
| 248 | Dongguan YiKang Plush Toys Co., Ltd. |
| 249 | Shenzhen Fancyli Technology Co., Ltd. |
| 250 | Xiamen Joinste Arts & Crafts Co., Ltd. |
| 251 | Yiwu Zhouting Trade Co., Ltd. |
| 252 | buyhardhk |
| 253 | dym-7484 |
| 254 | shyixian_83 |
| 255 | Chiche Low's store |
| 256 | Craftoolpty Store |
| 257 | DL plush toy Store |
| 258 | Dongguan Cochily Industrial Co., Ltd. |
| 259 | Enron toy gifts Store |
| 260 | huaer no2 store Store |
| 261 | Huaweida Store |
| 262 | Jiaxing Zhuoli Trading Co., Ltd. |
| 263 | Jinbeili Factory Store |
| 264 | Litu second Store |
| 265 | Luck momanddad Store |
| 266 | Mqfun Blocks Store |
| 267 | Mr,Froger Toy store |
| 268 | Prenoy VIP Store |
| 269 | rainsnow |
| 270 | Shenzhen Sunny FRP Technology Co., Ltd. |
| 271 | yaeryo Store |
| 272 | Yiwu Shincoo Art & Crafts Co., Ltd. |
| 273 | Yoocour Speciality Store |
| 274 | Zhong Tian Le Plush Toys Co., Ltd. Yancheng City |
| 275 | Dropshipping Baby Store |
| 276 | SD Baby Clothes Store |
| 277 | AT Baby Store |
| 278 | Baby Living Museum Store |
| 279 | Baby SHOpping emm Store |
| 280 | Baby Tale Store |
| 281 | Baby teether Store |
| 282 | belle's fashionable store |
| 283 | Froomer Show |
| 284 | Give 'em Light & Dark Store |

| | |
|---|---|
| 285 | hilittlekids Store |
| 286 | How do you do Store |
| 287 | Infinite Baby Store |
| 288 | JT baby products Store |
| 289 | Kidlove Toy Store |
| 290 | Kissing Beibi Store |
| 291 | Mommy n Baby Every nice day Store |
| 292 | muamua baby Store |
| 293 | My Baby World Store |
| 294 | Playing Together Store |
| 295 | Ranavoar Mother&Baby Specialty Store |
| 296 | Shop2345085 Store |
| 297 | Shop5047095 Store |
| 298 | Warm Store |
| 299 | WEIXINBUY Infant Clothes Store |
| 300 | Weixinbuybrand Store |
| 301 | Worldlet Store |
| 302 | YA Chlidren House Store |
| 303 | Shop3658037 Store |
| 304 | Shop3980007 Store |
| 305 | PRZY Int'l Technology Beijing Co., Ltd. |
| 306 | 3c-base |
| 307 | home-garden-guru |
| 308 | jamesr0615 |
| 309 | jewelry-crown |
| 310 | zta7_53 |
| 311 | youyifei |
| 312 | ZooKa |
| 313 | An anime party Store |
| 314 | Aouke Official Store |
| 315 | BeeFun Store |
| 316 | BiubiuPet Store |
| 317 | BKSILICONE Official Store |
| 318 | Catch The Dreams Tail Store |
| 319 | FEB.WIND Baking-Tools Store |
| 320 | Heartmove bakeware Store |
| 321 | Henry-Inc Store |
| 322 | market22 Store |
| 323 | MRF Hongkong Baketool Store |
| 324 | Romantic Homeware Handmade Mold Store |
| 325 | Shop2848039 Store |

| 326 | SS Mold&Accessories Store |
| 327 | lolitaCos Store |
| 328 | Shop5630112 Store |
| 329 | FLYMAX EXIM |
| 330 | Jiangsu Shong Microfiber Technology Co., Ltd. |
| 331 | Meizhou Wuyou Tea Bag Packing Co., Ltd. |
| 332 | Nanle County Dalin Will Trading Co., Ltd. |
| 333 | Shanghai Weixiang Industry Co., Ltd. |
| 334 | Shenzhen Guangfeng Industry Co., Ltd. |
| 335 | Shenzhen Longgang Yisi Bags Factory |
| 336 | Shenzhen Wanver Inovation Technology Co., Ltd. |
| 337 | Xiamen Afht Bag Manufacturing Co., Ltd. |
| 338 | Yiwu Dongyi Trade Co., Ltd. |
| 339 | Yiwu kwete trading group Co., Ltd. |
| 340 | Yiwu Vion Import & Export Co., Ltd. |
| 341 | winwinbb |
| 342 | xook2147 |
| 343 | 40w4zmlr |
| 344 | Heopono Bag Store |
| 345 | OLOEY3258822 Store |
| 346 | package Store |
| 347 | Shaco Store |
| 348 | Skarner Store |
| 349 | Zhejiang Winchoice Imp./Exp. Co., Ltd. |
| 350 | Shop5155029 Store |
| 351 | Y+ENOUGH Store |
| 352 | happymall2013 |
| 353 | ALLBLUE - Official Store |
| 354 | ALMUDENA Official Store |
| 355 | APLST Art City Store |
| 356 | Art Gallery Co. Store |
| 357 | BAIEES Store |
| 358 | E-Decor Painting Store |
| 359 | JESC JescomArt Store |
| 360 | Joom Art Store |
| 361 | LADIY FIRST Store |
| 362 | Leading Tenphy Official Store |
| 363 | Lovy Store |
| 364 | LUOVIZEM Official Store |
| 365 | MagicLife Store |
| 366 | MERRYPRETTY Printings Store |

| | |
|---|---|
| 367 | MYCELLA Official Store |
| 368 | NDITB Official Store |
| 369 | Painted Lover Store |
| 370 | ZENGVEE Flagship Store - for Men |
| 371 | all_4_you_store |
| 372 | dreamflying19 |
| 373 | Bosster2018 |
| 374 | fashion-store000 |
| 375 | liuxuzhaoxiahong |
| 376 | Myhomeshopping |
| 377 | shop market itnertional |
| 378 | niu yan qiang shop |
| 379 | Pro-sex life |
| 380 | TWSM |
| 381 | White lady |
| 382 | A big-dream Store |
| 383 | Linhai Huasen Decorative Lighting Co., Ltd. |
| 384 | Shenzhen Awesome Technology Co., Ltd. |
| 385 | Shop4420162 Store |
| 386 | Joe_yang |
| 387 | Maxi |
| 388 | Yiwu Meitian Craft Co., Ltd. |
| 389 | Bize Jewellry Store |
| 390 | BlingKeychain Store |
| 391 | Character model Store |
| 392 | Fashion Jewelry Crystal Keychain |
| 393 | Iyanla's Jewelry Store |
| 394 | Keychain Factory Store |
| 395 | Shop5113099 Store |
| 396 | Shop5380163 Store |
| 397 | Wenzhou Junjun Arts & Crafts Co., Ltd. |
| 398 | XDPQQ II Store |
| 399 | XDPQQ speciality Store |
| 400 | XIAOYE Factory's Branch Store |
| 401 | Yiwu Kingstar Store |
| 402 | Yiwu Summer Arts & Crafts Co., Ltd. |
| 403 | Dongguan Hy-Max Metal & Plastic Products Co., Ltd. |
| 404 | ohmydear385 |
| 405 | GODHAGU |
| 406 | Viasaid |
| 407 | 123456789shop Store |

| 408 | Desxz Smartwatch Store |
| 409 | Localvogue |
| 410 | Shop4076015 Store |
| 411 | Shop5394030 Store |
| 412 | Shop5781112 Store |
| 413 | Shop5789937 Store |
| 414 | VTOPA Store |
| 415 | Wholesale Service |
| 416 | Aliexpress |
| 417 | kingfull-electronic-company |
| 418 | victorywo |
| 419 | Babywell Store |
| 420 | Xps wolrd Store |
| 421 | Love and Warmness |
| 422 | Satpiggy Store |
| 423 | dqbaby |
| 424 | princesslife |
| 425 | whqianchen |
| 426 | ChenFa Store |
| 427 | SHbaby Store |
| 428 | Small stinky baby Store |
| 429 | Jiayouya |
| 430 | style-angel |
| 431 | wookyminy |
| 432 | Jeansames Store |
| 433 | Shop4509060 Store |
| 434 | Shop5374146 Store |
| 435 | Shop5480110 Store |
| 436 | Walk into Life Store |
| 437 | wanmeijiafa Store |
| 438 | XIZOU Store |
| 439 | Quanzhou Kingfung Aroma Crafts Co., Ltd. |
| 440 | yinuoweierfushi |
| 441 | (Supermarket)1314 Store |
| 442 | Greencar automobile Store |
| 443 | Huabang Automobile Products Store |
| 444 | Shop3907054 Store |
| 445 | Shop4956005 Store |
| 446 | Kunshan Blythe Trading Co., Ltd. |
| 447 | Zhongshan Artigifts Premium Metal & Plastic Co., Ltd. |
| 448 | gift1225 Store |

| 449 | Kollogg AliExpress Store |
|-----|--------------------------|
| 450 | LI LI boutique Store |
| 451 | Struggle A Store |
| 452 | Emerald Forest Store |
| 453 | Fengxing Store |
| 454 | Dehua Deek Ceramic Co., Limited |
| 455 | Dongguan Shengfengyu Industrial Co., Ltd. |
| 456 | Dongguan Teshun Group Co., Ltd. |
| 457 | Dongguan Yopet Gift Industrial Co., Ltd. |
| 458 | Ningbo Wellking Imp. & Exp. Co., Ltd. |
| 459 | Shanghai Yucai AD Manufacturer Co., Ltd. |
| 460 | Shenzhen Runxing Printing Limited |
| 461 | Yantai Modern Inflatable Co., Ltd. |
| 462 | Yiwu Yachu Daily Commodity Co., Ltd. |
| 463 | luckyteam |
| 464 | RUKI |
| 465 | TOP AND BEST SELECTIONS |
| 466 | Floresta11 |
| 467 | SZUS |
| 468 | ZoeParty |
| 469 | Ameng Store |
| 470 | Angel Baby's House |
| 471 | Anna at Store |
| 472 | Aquarium ornament Store |
| 473 | BaLaBaLa Clothing Accessories Store |
| 474 | Bill Ma Store |
| 475 | BODYWHY Crossdressing Store |
| 476 | BOYUTE Official Store |
| 477 | Brmarne bag Store |
| 478 | China Cute Gift Store |
| 479 | DIY Supplies House |
| 480 | E & F Ribbon & Motifs Co.,Ltd. |
| 481 | good mascot Store |
| 482 | HappyGoing Store |
| 483 | kawaii Party Gift Store |
| 484 | L & X COLLECTIONS WHOLESALE STORE |
| 485 | Linyi Hexing Import And Export Co., Ltd. |
| 486 | Love Daisies fabrics Store |
| 487 | Magicals Store |
| 488 | Mr. Qiu Pets Products Store |
| 489 | Party Sunny |

| | |
|---|---|
| 490 | PG Wonderland Store |
| 491 | Princess Headwear Store |
| 492 | Progenitora & Criancas Jouet Store |
| 493 | Shenzhen Yongfeng Ceramics Co., Ltd. |
| 494 | shop09201996 Store |
| 495 | Shop5005192 Store |
| 496 | Shop5028194 Store |
| 497 | Shop5135030 Store |
| 498 | Shop5496102 Store |
| 499 | Shyvana Store |
| 500 | Softy Lofty |
| 501 | Super Mummy Store |
| 502 | Vanessa Store |
| 503 | VDSM Beautyful Store |
| 504 | Wens Store |
| 505 | YIYI PACK Store |
| 506 | mixed |